UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Laura M. Willms,

    Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of
Social Security,

    Defendant.

Civil No. 12-2871 (JNE/JJK)
ORDER

This case is before the Court on a Report and Recommendation issued by the Honorable Jeffrey J. Keyes, United States Magistrate Judge, on November 7, 2013. The magistrate judge recommended that Plaintiff's motion for summary judgment be denied, that Defendant's motion for summary judgment be granted, and that this case be dismissed with prejudice. No objections have been filed. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 21]. Therefore, IT IS ORDERED THAT:

    1.    Plaintiff's motion for summary judgment [Docket No. 11] is DENIED.

    2.    Defendant's motion for summary judgment [Docket No. 17] is GRANTED.

    3.    This case is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 27, 2013

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge